AO 10
Rev. 1/2015

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2014

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Gesner, Beth P. | 2. Court or Organization<br><br>U.S District Court - Md. | 3. Date of Report<br><br>08/12/2015 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Magistrate - Full | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2014<br>to<br>12/31/2014 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse 101 West Lombard St. Baltimore, Md. 21201 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Trustees | Severn School |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/12/2015 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2014 | █████ – Law Firm |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/12/2015 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | PNC Bank | Promissory Note - Law Firm capital | O |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. M & T Bank Common | A | Dividend | J | T | | | | | |
| 2. Brookfield Common | A | Dividend | K | T | Sold (part) | 09/26/14 | J | A | |
| 3. ISLE Common | | None | K | T | | | | | |
| 4. Berkshire Hathaway Common | | None | M | T | | | | | |
| 5. Altria Common | C | Dividend | M | T | Buy (add'l) | 07/15/14 | J | | |
| 6. Fidility Muni Money Fund | A | Interest | M | T | | | | | |
| 7. TBT (ETF) | | None | J | T | | | | | |
| 8. Telefonica Common | A | Dividend | K | T | | | | | |
| 9. DOJ Credit Union | B | Interest | O | T | | | | | |
| 10. Zweig Fund Common | A | Dividend | K | T | | | | | |
| 11. Leucadia Nat. Common | A | Dividend | K | T | | | | | |
| 12. Fidility Cash Reserves | A | Interest | J | T | | | | | |
| 13. International Gaming Tech. Common | A | Dividend | J | T | | | | | |
| 14. Markel Common | | None | K | T | | | | | |
| 15. Fidility Cap. App. Fund | A | Distribution | J | T | | | | | |
| 16. Fidility Aggressive Growth Fund | A | Dividend | K | T | | | | | |
| 17. Fidility Latin Am. Fund | B | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Eagle Bank Common | | None | M | T | | | | | |
| 19. Fidility Cash Reserves | A | Interest | M | T | | | | | |
| 20. Oppen. Flex. Strat. (formerly Oppen. Quest for Value Fund) | | None | J | T | | | | | |
| 21. Putnam Multi-Cap Grow. (formerlyPutnam New Opp. Fund) | A | Dividend | K | T | | | | | |
| 22. AT&T Common | A | Dividend | J | T | | | | | |
| 23. Occ. Pet. Common | C | Dividend | M | T | | | | | |
| 24. IBM Common | A | Dividend | J | T | | | | | |
| 25. Alcatel | | None | J | T | | | | | |
| 26. Comcast Common | A | Dividend | K | T | | | | | |
| 27. INVESCO Dev. Markets (formerly AIM Eur. Common) | A | Dividend | J | T | | | | | |
| 28. Fidility Div. Int. Fund | A | Dividend | K | T | | | | | |
| 29. Fidility Muni. Fund | A | Dividend | J | T | | | | | |
| 30. LSI Common | | None | | | Sold | 05/06/14 | J | A | |
| 31. US Govt. FICO Strips | D | Interest | L | T | | | | | |
| 32. PNC Bank | A | Interest | L | T | | | | | |
| 33. Dollar Bank | A | Interest | K | T | | | | | |
| 34. Agere Systems Common | | None | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,000 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Invest. Co. of America | B | Dividend | L | T | | | | | |
| 36. Sentinel Small Co. | A | Dividend | K | T | | | | | |
| 37. New Perspectives Fund | A | Dividend | M | T | | | | | |
| 38. Capital World Growth & Income Fund | A | Dividend | K | T | | | | | |
| 39. Capital Income Builder Fund | B | Dividend | K | T | | | | | |
| 40. Fundamental Investors Fund | A | Dividend | K | T | | | | | |
| 41. Columbia Dividend Fund | C | Dividend | L | T | | | | | |
| 42. AMCAP Fund | A | Dividend | L | T | | | | | |
| 43. Manning & Napier Managed Account | D | Int./Div. | N | T | | | | | |
| 44. T. Rowe Large Cap Fund | B | Dividend | M | T | | | | | |
| 45. CRM Small Cap. Value | | None | L | T | | | | | |
| 46. Oakmark Select | | None | M | T | | | | | |
| 47. Am. Funds Eur. | | None | L | T | | | | | |
| 48. Wells Emerging Growth | | None | K | T | | | | | |
| 49. Morgan Stanley | | None | L | T | | | | | |
| 50. Vanguard Mid Cap | | None | L | T | | | | | |
| 51. Northern(formerly SSgA) Emerging Markets Fund | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Vanguard Global Fund | | None | K | T | | | | | |
| 53. Natixis AEW Real Estate Fund | | None | L | T | | | | | |
| 54. Wells Fargo Money Market | A | Interest | J | T | | | | | |
| 55. Broadstone Investors II, L.P. | C | Distribution | L | R | | | | | |
| 56. NM Ed. Plan Agg. Port | | None | K | T | | | | | |
| 57. Dreyfuss Research Growth ( formerly NM Div. Large Cap Gro.) | | None | L | T | | | | | |
| 58. NM Div. Multi Cap Gro. | | None | K | T | | | | | |
| 59. NM Intl. Eqty. Fund | | None | K | T | | | | | |
| 60. CD Arundel Savings | A | Interest | | | Matured | 06/30/14 | M | | |
| 61. Severn Savings Money Market | A | Interest | M | T | | | | | |
| 62. Arundel Federal Savings | A | Interest | N | T | Buy (add'l) | 06/30/14 | M | | |
| 63. PNC Money Market | A | Interest | O | T | | | | | |
| 64. Am. Express Bank | A | Interest | | | Matured | 11/03/14 | K | | |
| 65. Lorillard Common | B | Dividend | M | T | Buy (add'l) | 01/06/14 | K | | |
| 66. Severn Bank Common | | None | | | Sold | 06/27/14 | J | A | |
| 67. Universal Common | A | Dividend | K | T | | | | | |
| 68. Universal Common | | None | | | Buy | 01/02/14 | L | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Universal Common | | None | | | Sold | 02/07/14 | L | A | |
| 70. Curis Common | | None | J | T | Buy | 02/18/14 | J | | |
| 71. Century Link Common | A | Dividend | J | T | Buy | 05/09/14 | J | | |
| 72. Solar City Common | | None | | | Buy | 05/14/14 | J | | |
| 73. Solar City Common | | None | | | Sold | 06/18/14 | J | B | |
| 74. IGT Common | A | Dividend | | | Buy | 05/30/14 | J | | |
| 75. IGT Common | | None | | | Sold | 07/17/14 | J | B | |
| 76. GTAT Common | | None | J | T | Buy | 06/25/14 | J | | |
| 77. Reynolds American Common | A | Dividend | | | Buy | 07/15/14 | L | | |
| 78. Reynolds American Common | | None | | | Sold | 10/14/14 | L | A | |
| 79. Monitise Common | | None | J | T | Buy | 07/21/14 | J | | |
| 80. Alibaba Common | | None | K | T | Buy | 09/26/14 | K | | |
| 81. California Resourses Common | | None | J | T | Spinoff (from line 23) | 11/30/14 | J | | |
| 82. EBIX Common | A | Dividend | J | T | Buy | 09/10/14 | J | | |
| 83. Fireeye Common | | None | J | T | Buy | 12/04/14 | J | | |
| 84. Westmount at Vista Ridge, LLC | C | Distribution | L | R | Buy | 05/14/14 | L | | |
| 85. Highlands Bluffs, LLC | | None | M | R | Buy | 12/19/14 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/12/2015 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. MLG/PF Northwoods Co-Investor, LLC | | None | L | R | Buy | 08/21/14 | L | | |
| 87. MLG Private FundII, LLC | | None | M | R | Buy | 06/27/14 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT

Page 10 of 11

Name of Person Reporting

Gesner, Beth P.

Date of Report

08/12/2015

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

62Part VII, Line 5, this entry includes Altria common stock listed in 2013 report on lines 6 and 48.

Part VII, Line 14, this entry includes Markel common stock listed in 2013 report on lines 16 and 21.

Part VII, Line 17, this entry includes Fidility Latin Americia Fund  listed in 2013 report on lines 19 and 32

Part VII, Line 18, this entry includes Eagle Bank common stock listed in 2013 report on lines 20 and 34.

Part VII, Line 23, this entry includes Occidential common stock listed in 2013 report on on lines 26 and 78.

Part VII, Line 55, Investment acquired in 2004 for $100,000.

Part VBII, Line 62, the additioal amont reflects the matured CD reference in line 60.

Part VII, Line 66, this entry includes Lorillard common stock listed in 2013 report in lines 76 and 77.

Part VII, Line 84, Investment acquired in 2014 for $75,000.

Part VII, Line 85, Investment acquired in 2014 for $100,000.

PartVII, Line 86, Investment acquired in 2014 for $50,000.

Part VII, Line 87, Investment acquired in 2014 for $100,000.

| Name of Person Reporting | Date of Report |
|---|---|
| Gesner, Beth P. | 08/12/2015 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Beth P. Gesner**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544